# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA

In Re:
Dellice M. Harris                                     Case # 10-16805-BFK

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                 AMOUNT

DELLICE M. HARRIS                                     $2,300.00
15119 Cloverdale Road
Woodbridge, VA 22193

Dated:          September 27, 2011          __/s/Thomas P. Gorman _____
                                            Thomas P. Gorman
                                            300 North Washington Street, Ste. 400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB#26421